**Electronically Filed
Intermediate Court of Appeals
20090
29-JUN-2011
08:35 AM**

NO. 20090

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Plaintiff-Appellee,

vs.

WILLIE JONES, Defendant-Appellant.

---

APPEAL FROM THE FIRST CIRCUIT COURT
(CR. NO. 95-1384)

ORDER
(By: Duffy, J. for the court[1])

Upon consideration of the motion for reconsideration of the June 14, 2011 order dismissing the June 6, 2011 "Motion for Facts and Conclusions of Law,"

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawai'i, June 29, 2011.

FOR THE COURT:

/s/ James E. Duffy, Jr.

Associate Justice



---

[1] Considered by: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.